Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

December 11, 2024
Ravi Subramanian, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATASHA MARIE O'DELL,<br><br>Defendant. | NO. **CR24-229 JNW**<br><br>**INDICTMENT** |

The Grand Jury charges that:

### COUNT 1

### (Damage to Religious Property)

On or about August 25, 2023, in Snohomish County, within the Western District of Washington, NATASHA MARIE O'DELL intentionally damaged and destroyed, and attempted to damage and destroy, religious real property, this is, the Seattle Laestadian Lutheran Church, located in Maltby, Washington, because of the religious character of that property.

The grand jury further alleges that the offense was in and affected interstate and foreign commerce; and the offense resulted in bodily injury to a public safety officer

Indictment - 1
United States v. O'Dell
USAO No. 2024R00706

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

performing his duties as a direct and proximate result of this offense and that the violation was by means of fire.

All in violation of Title 18, United States Code, Section 247(a)(1) and (d)(2).

## COUNT 2

**(Obstruction of Persons in the Free Exercise of Religious Beliefs)**

On or about August 25, 2023, in Snohomish County, within the Western District of Washington, NATASHA MARIE O'DELL did intentionally obstruct and attempt to obstruct, by force and threat of force, members and attendees of the Seattle Laestadian Lutheran Church in the enjoyment of their free exercise of religious beliefs by damaging and destroying the church.

The grand jury further alleges that the offense was in and affected interstate and foreign commerce; and the offense resulted in bodily injury to a public safety officer performing his duties as a direct and proximate result of this offense and that the violation was by means of fire.

All in violation of Title 18, United States Code, Section 247(a)(2) and (d)(2).

//
//
//
//
//
//
//
//
//
//
//

Indictment - 2  
*United States v. O'Dell*  
USAO No. 2024R00706

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

## COUNT 3

**(Use of Fire to Commit Another Felony Offense)**

On or about August 25, 2023, in Snohomish County, within the Western District of Washington, NATASHA MARIE O'DELL used fire to commit a felony which may be prosecuted in a court of the United States, that is, *Damage to Religious Property*, in violation of Title 18, United States Code, Section 247(a)(1) and (b), and *Obstruction of Persons in the Free Exercise of Religious Beliefs*, in violation of Title 18, United States Code, Section 247(a)(2) and (b), as alleged above in Counts 1 and 2.

All in violation of Title 18, United States Code, Section 844(h)(1).

A TRUE BILL: yes

DATED: 11 Dec 24

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TESSA M. GORMAN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

Indictment - 3
*United States v. O'Dell*
USAO No. 2024R00706

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970